

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
#### JUDGMENT

Boren Descendants and Royalty Owners,    * From the 118th District Court
of Martin County,
Trial Court No. 7481.

Vs. No. 11-22-00365-CV                * December 5, 2024

Fasken Oil and Ranch, Ltd.; Fasken Land    * Opinion by Williams, J.
and Minerals, Ltd.; and Fasken Royalty        (Panel consists of: Bailey, C.J.,
Investments, Ltd.,                              Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is no error in the judgments below *arising out of the complaints that have been raised in this interlocutory appeal.* Therefore, in accordance with this court's opinion, we affirm the summary judgments rendered by the trial court on September 20, 2021 and October 18, 2022 insofar as they concern the issues that are the subject of this interlocutory appeal. The remainder of the cause is remanded to the trial court for further proceedings consistent with this opinion. The costs incurred by reason of this appeal are taxed against Boren Minerals; A. Staude Family Limited Partnership; Charlotte Ann Staude; Joseph O. Staude, III; Belinda Fondon; B & B Mieth Family Limited Partnership No. III; B.W. Mieth, Jr.; Adam Gonzenbach; Deborah Ann Mieth Cavett; Rodney C. Cavett; Andrew Cavett; Hart Operating Fund; Janet Johnson Howle; John Marvin Ross, individually and as Trustee of the Naomi Ross Trust; John & Jennie Ross Revocable Family Trust 2006; John William Ross; Scott Gilbert Cody Ross; Daniel Thomas Ross; Miki Ann Mieth Martin; Norwood Louis Martin; Tabitha Dell Cavett Mayton; Dolores M. Nostrand; DoloresMarie LLC; Eddie Ray Johnson, individually and as Executor for the Estate of Calvin Ed Johnson, Jr.; Calvin Johnson Family Ltd., Frost Bank, Trustee for Goodwill Industries of Fort Worth Foundation, Inc. Revocable Trust; Jennifer Daher; RidgerockTexas, LLC; William David Swank; Swank Family Mineral Partnership LP; Richard A. Woodall, individually and as Trustee for Lewis A. Woodall Living Trust; Union Gospel Mission of Tarrant County; J.E. and L.E. Mabee Foundation; JC Perdue, Trustee for Berry LaFray Trust; and Harriet M. Cox.